**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DOUGLAS J. NESMITH,**<br>　　　　　**Plaintiff,**<br><br>　　　**v.**<br><br>**THE CITY OF PHILADELPHIA, et al.,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  2:25-cv-05402-KBH** |
| **RONALD HOLT,**<br>　　　　　**Plaintiff,**<br><br>　　　**v.**<br><br>**THE CITY OF PHILADELPHIA, et al.,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  2:25-cv-05511-KBH** |
| **VANESSA LOWERY-BROWN,**<br>　　　　　**Plaintiff,**<br><br>　　　**v.**<br><br>**THE CITY OF PHILADELPHIA, et al.,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  2:25-cv-06021-KBH** |
| **SYDNEY CORIMES,**<br>　　　　　**Plaintiff,**<br><br>　　　**v.**<br><br>**THE CITY OF PHILADELPHIA, et al.,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  2:25-cv-06022-KBH** |

**<u>SCHEDULING ORDER</u>**

　　**AND NOW**, this **12th** day of **February, 2026**, following a Rule 16 Conference with the parties, through counsel, on February 11, 2026, **IT IS ORDERED** that the case shall proceed on the following schedule:

　　1.　　　Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) are complete.

2.       All remaining fact discovery shall proceed forthwith and continue in such a manner as will assure that all requests for, and responses to, discovery will be served, noticed, and completed by **August 10, 2026.**

3.       On or before **September 9, 2026**, the parties shall exchange curriculum vitae and reports of expert witnesses. Any responses or rebuttal reports to expert witness discovery shall be produced on or before **October 9, 2026**.

4.       All expert discovery, including all depositions of expert witnesses, shall be completed by **November 9, 2026.**

5.       Any motions for summary judgment and *Daubert* motions shall be filed and served on or before **December 8, 2026**.  Any responses to dispositive motions shall be filed and served on or before **January 7, 2027**.  The parties shall comply with Judge Hodge's Policies and Procedures which are located at https://www.paed.uscourts.gov.

6.       On or before **June 22, 2026**, the parties, through counsel, shall submit a joint report to the Court as to whether they believe a settlement conference before Judge Diamond, or some other form of alternative dispute resolution, would be of assistance in resolving the case.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

_____

**HODGE, KELLEY B., J.**