RONALD HOLT
6917 NORTH BROAD ST. APT #2          DATE:
PHILADELPHIA PA 19120                JULY 1, 2026
267-847-0506

TO: UNITED STATE DISTRICT COURT
    THE EASTERN DISTRICT OF PENNSYLVANIA
    15614 U.S. COURTHOUSE
    601 MARKET STREET
    PHILADELPHIA PA 19106
    ATT: HONORABLE KELLEY B. HODGE
    CIVIL ACTION NO. 25-5511
    COPY ATTACHED. ②

1) MR RONALD HOLT (PLAINTIFF)
   WILL BE REPRESENTING HIMSELF.
   (PRO SE)

2) IF AN ATTORNEY IS OBTAINED
   THE COURT WILL BE ADVISED
   IN THE PROPER MANOR.

                SINCERELY
                Ronald Holt
                RONALD HOLT

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD F. HOLT,<br>         **Plaintiff,**<br><br>         v.<br><br>**CITY OF PHILADELPHIA and<br>JOHN P. SABATINA, Register of Wills,**<br>         **Defendants.** | **CIVIL ACTION**<br><br><br><br>NO.  25-5511 |

## O R D E R

**AND NOW,** this 22nd day of June, 2026, upon consideration of the Motion of Creech & Creech LLC to Withdraw as Counsel for Plaintiff Ronald Holt (ECF No. 20), it is hereby **ORDERED** that the Motion is **GRANTED.** Creech & Creech LLC and Timothy P. Creech are granted leave to withdraw as counsel for Plaintiff Ronald Holt.

On or before **July 2, 2026,** new counsel for Plaintiff Ronald Holt shall enter their appearance. If Plaintiff Ronald Holt instead chooses to represent himself, he shall advise the Court via letter that he intends to proceed *pro se* on or before **July 2, 2026.**

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.

RONALD HOLT
6917 NORTH BROAD STREET APT 2
PHILADELPHIA  PA 19126





Retail

U.S. POSTAGE PAID
FCM LG ENV
PHILADELPHIA, PA 19102
JUL 01, 2026

**$1.90**

19106

RDC 99                    S2324H503491-77

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF PENNSYLVANIA
15614 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106



RECEIVED

JUL -7 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ATT: HONORABLE KELLEY HODGE
CIVIL ACTION NO. 25-5511